UNDER SEAL



FILED
CLERK U.S. DISTRICT COURT

AUG 1 0 2011

CENTRAL DISTRICT OF CALIFORNIA
BY_____DEPUTY

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR No.        CR11 0766 |
| Plaintiff, | ) | I N F O R M A T I O N |
| v. | ) | [18 U.S.C. §§ 1030(a)(5)(A), (c)(4)(B)(i): Unauthorized Impairment Of A Protected Computer; 18 U.S.C. § 2(a): Aiding and Abetting] |
| HECTOR XAVIER MONSEGUR, aka "Sabu," aka "Xavier DeLeon," aka "Leon," | ) | |
| Defendant. | ) | |

The United States Attorney charges:

COUNT ONE

[18 U.S.C. §§ 1030(a)(5)(A), (c)(4)(B)(i), and 2]

In or about 2011, in the Central District of California, the Southern District of New York, and elsewhere, defendant HECTOR XAVIER MONSEGUR, also known as ("aka") "Sabu," aka "Xavier DeLeon," aka "Leon" ("defendant"), knowingly caused the transmission of a program, information, code, and command, and, as a result of such conduct, intentionally caused damage without authorization by impairing the integrity and availability of data, a program, a system, and information on a computer system

1  that was used in interstate and foreign commerce and

2  communications, specifically, the servers of Sony Pictures

3  Entertainment ("Sony Pictures"), located in El Segundo,

4  California, thereby causing loss to Sony Pictures aggregating to

5  at least $5,000 in value during the calendar year 2011.

1

COUNT TWO

2

[18 U.S.C. §§ 1030(a)(5)(A), (c)(4)(B)(i), and 2]

3    In or about 2011, in the Central District of California, the

4 Southern District of New York, and elsewhere, defendant HECTOR

5 XAVIER MONSEGUR, also known as ("aka") "Sabu," aka "Xavier

6 DeLeon," aka "Leon" ("defendant"), knowingly caused the

7 transmission of a program, information, code, and command, and,

8 as a result of such conduct, intentionally caused damage without

9 authorization by impairing the integrity and availability of

10 data, a program, a system, and information on a computer system

11 that was used in interstate and foreign commerce and

12 communications, specifically, the servers of Fox Broadcasting

13 Company ("Fox"), located in Los Angeles, California, thereby

14 causing loss to Fox aggregating to at least $5,000 in value

15 during the calendar year 2011.

16

17                        ANDRÉ BIROTTE JR.
                          United States Attorney
18

19

20                        ROBERT E. DUGDALE
                          Assistant United States Attorney
21                        Chief, Criminal Division

22                        WESLEY L. HSU
                          Assistant United States Attorney
23                        Chief, Cyber and Intellectual
                          Property Crimes Section
24

25                        STEPHANIE S. CHRISTENSEN
                          ERIC D. VANDEVELDE
                          Assistant United States Attorneys
26                        Cyber and Intellectual Property
                          Crimes Section
27

28                                    3