UNDER SEAL

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CASE SUMMARY

CLERK, U.S. DISTRICT COURT
AUG 1 2011
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Case Number __CR 11  0766__      Defendant Number __1__
U.S.A. v. __Hector Xavier Monsegur__      Year of Birth __1983__
☐ Indictment   ☑ Information      Investigative agency (FBI, DEA, etc.) __FBI__

**NOTE:** All items are to be completed. Information not applicable or unknown shall be indicated as "N/A".

## OFFENSE/VENUE
a. Offense charged as a:
   ☐ Misdemeanor   ☐ Minor Offense   ☑ Felony
   ☐ Petty Offense   ☐ Class B Misdemeanor
b. Date of offense _____
c. County in which first offense occurred
   _____
d. The crimes charged are alleged to have been committed in:
   CHECK ALL THAT APPLY
   ☑ Los Angeles        ☐ Ventura
   ☐ Orange             ☐ Santa Barbara
   ☐ Riverside          ☐ San Luis Obispo
   ☐ San Bernardino     ☐ Other _____
Citation of offense __18 USC 1030(a)(5)(A), 2__

## RELATED CASE
Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?   ☑ No   ☐ Yes
   IF YES  Case Number _____

Pursuant to Section 11 of General Order 08-05, criminal cases may be related if a previously filed indictment or information and the present case:
a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or
b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by difference judges.
Related case(s), if any: **MUST MATCH NOTICE OF RELATED CASE** _____
_____

## PREVIOUSLY FILED COMPLAINT
A complaint was previously filed on: _____
   Case Number _____
   Charging _____
_____
The complaint:   ☐ is still pending
   ☐ was dismissed on: _____

## COMPLEX CASE
Are there 8 or more defendants in the Indictment/Information?
   ☐ Yes*              ☑ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
   ☐ Yes*              ☑ No

*AN ORIGINAL AND 3 COPIES (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.

### Superseding Indictment/Information
IS THIS A NEW DEFENDANT ?   ☐ Yes   ☑ No

This is the _____ superseding charge, i.e. 1st, 2nd.
The superseding case was previously filed on:
_____
Case Number _____

The superseded case:
☐ is still pending before Judge/Magistrate Judge
_____

☐ was previously dismissed on _____

Are there 8 or more defendants in the superseding case?
   ☐ Yes*              ☐ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
   ☐ Yes*              ☐ No

Was a Notice of Complex Case filed on the Indictment or Information?
   ☐ Yes              ☐ No

*AN ORIGINAL AND 3 COPIES OF THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.

Is an interpreter required:   ☐ Yes   ☑ No
IF YES, list language and/or dialect:
_____

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CASE SUMMARY

## OTHER

- ☑ Male
- ☐ Female
- ☑ U.S. Citizen
- ☐ Alien

Alias Name(s) Sabu, Xavier DeLeon, Leon

This defendant is charged in:   ☑ All counts
☐ Only counts: _____

- ☐ This defendant is designated as "High Risk" per 18 USC 3146(a)(2) by the U.S. Attorney.
- ☐ This defendant is designated as "Special Case" per 18 USC 3166(b)(7).

Is defendant a juvenile?   ☐ Yes   ☑ No
IF YES, should matter be sealed?   ☐ Yes   ☐ No

The area of substantive law that will be involved in this case includes:

- ☐ financial institution fraud
- ☐ public corruption
- ☐ government fraud
- ☐ tax offenses
- ☐ environmental issues
- ☐ mail/wire fraud
- ☐ narcotics offenses
- ☐ immigration offenses
- ☐ violent crimes/firearms
- ☐ corporate fraud
- ☑ Other: computer fraud

## CUSTODY STATUS

Defendant is **not** in custody:

a. Date and time of arrest on complaint: _____
b. Posted bond at complaint level on: _____
   in the amount of $ _____
c. PSA supervision?   ☐ Yes   ☐ No
d. Is a Fugitive   ☐ Yes   ☐ No
e. Is on bail or release from another district: _____
f. ☐ Has not been arrested but will be notified by summons to appear.
g. Warrant requested.   ☐ Yes   ☐ No

Defendant is **in** custody:

a. Place of incarceration:   ☐ State   ☐ Federal
b. Name of Institution: _____
c. If Federal: U.S. Marshal's Registration Number: _____
d. ☐ Solely on this charge. Date and time of arrest: _____
e. On another conviction:   ☐ Yes   ☐ No
   IF YES ☐ State   ☐ Federal   ☐ Writ of Issue
f. Awaiting trial on other charges:   ☐ Yes   ☐ No
   IF YES ☐ State   ☐ Federal   AND
   Name of Court: _____

Date transferred to federal custody: _____

This person/proceeding is transferred from another district pursuant to F.R.CrP. ___ 20  ___ 21  ___ 40

## EXCLUDABLE TIME

Determinations as to excludable time prior to filing indictment/information EXPLAIN: _____

Date  8/8/11

Signature of Assistant U.S. Attorney

Stephanie S. Christensen
Print Name