ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEPHANIE S. CHRISTENSEN (Cal. Bar No. 236653)
ERIC D. VANDEVELDE (Cal. Bar No. 240699)
Assistant United States Attorneys
Cyber & Intellectual Property Crimes Section
    1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California  90012
    Telephone: (213) 894-2576/3756
    Facsimile: (213) 894-0141
    E-mail: stephanie.christensen@usdoj.gov
            eric.vandevelde@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED
CLERK U.S. DISTRICT COURT
AUG 10 2011
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

[UNDER SEAL]

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR 11-_____ CR11 0766 |
|---|---|
| Plaintiff, | ) [PROPOSED] ORDER SEALING CASE |
| v. | ) [UNDER SEAL] |
| UNDER SEAL, | ) |
| Defendant. | ) |

For good cause shown, IT IS HEREBY ORDERED THAT:

The information and all pleadings in the above-titled case, the government's sealing application, and this order shall be kept under seal until further order of the Court.

DATED: August 10, 2011

JACQUELINE H. NGUYEN
_____
UNITED STATES ~~MAGISTRATE~~ JUDGE