



# *Memorandum*

| Subject: | Date: |
|---|---|
| United States v. Hector Xavier Monsegur | August 8, 2011    CR11  0766 |

| To: | From: |
|---|---|
| TERRY NAFISI<br>District Court Executive<br>United States District Court<br>Central District of California | STEPHANIE S.CHRISTENSEN<br>Assistant United States Attorney<br>Criminal Division |

Please note that I worked as a law clerk for United States District Judge Gary A. Feess from October 2004 to October 2005.  Judge Feess has a standing order not to allow former law clerks to appear before him.

I have worked on, and have been assigned, the above-referenced criminal action, United States v. Monsegur, being filed on or about August 8, 2011.

Accordingly, please ensure that the above-referenced criminal action is not assigned to Judge Feess.  Thank you for your assistance.


STEPHANIE S. CHRISTENSEN
Assistant United States Attorney