U.S. GPO 1999 710-924

In the United States District Court

for the __Central_____ District of __California____

United States of America

v.

Hector X. Monsegur

Criminal No.

**Consent to Transfer of Case**

**for Plea and Sentence**

*(Under Rule 20)*

FILED
CLERK, U.S. DISTRICT COURT
AUG 1 — 2011
CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY

UNDER SEAL — LODGED
2011 AUG -9 PM 3:48

I, __Hector X. Monsegur_____, defendant, have been informed that a __n Information_____ (*indictment, information, complaint*) is pending against me in the above designated cause. I wish to plead __guilty_____ (*guilty, nolo contendre*) to the offense charged, to consent to the disposition of the case in the __Southern_____ District of __New York_____ in which I __am under arrest_____ (*am under arrest, am held*) and to waive trial in the above captioned District.

Dated: __august 5th_____, ~~19~~ 2011 at __New York, NY__

_____
(*Defendant*)

_____
(*Witness*)

_____
(*Counsel for Defendant*)

Approved

Andre Birotte Jr.          Preet Bharara/ By James Pastore