STEPHANIE YONEKURA
Acting United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEPHANIE S. CHRISTENSEN (Cal. Bar No. 236653)
Assistant United States Attorney
Cyber & IP Crimes Section
    1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-3756
    Facsimile: (213) 894-8601
    E-mail:   Stephanie.christensen@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 11-766 |
|---|---|
| Plaintiff, | GOVERNMENT'S *EX PARTE* APPLICATION FOR ORDER UNSEALING CASE AND ALL FILINGS; DECLARATION OF STEPHANIE S. CHRISTENSEN |
| v. | |
| UNDER SEAL, | |
| Defendant. | |

    Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Stephanie S. Christensen, hereby files its ex parte application for an order unsealing the case and all filings.

///

///

     This application is based upon the attached declaration of Stephanie S. Christensen, the files and records in this case, and such further evidence and argument as the Court may permit.

Dated: April 28, 2015               Respectfully submitted,

                                    STEPHANIE YONEKURA
                                    Acting United States Attorney

                                    ROBERT E. DUGDALE
                                    Assistant United States Attorney
                                    Chief, Criminal Division


                                    _____
                                    STEPHANIE S. CHRISTENSEN
                                    Assistant United States Attorney

                                    Attorneys for Plaintiff
                                    UNITED STATES OF AMERICA

**DECLARATION OF STEPHANIE S. CHRISTENSEN**

I, Stephanie S. Christensen, hereby declare as follows:

1. I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California. I represent the government in the prosecution of <u>United States v. Under Seal</u>, CR 11-766, which concerns the prosecution of Hector Xavier Monsegur ("defendant").

2. The government had previously requested that the docket/caption and all filings in this matter be sealed due to defendant's then on-going cooperation.

3. Defendant's cooperation has since ceased and the fact of his cooperation has been made public through filings and proceedings in the Southern District of New York.

4. Accordingly, the government now moves to unseal the docket/caption and all filings in this matter.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. Executed this 28th day of April 2015, at Los Angeles, California.

_____
Stephanie S. Christensen