```
STEPHANIE YONEKURA
Acting United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEPHANIE S. CHRISTENSEN (Cal. Bar No. 236653)
Assistant United States Attorney
Cyber & IP Crimes Section
     1200 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-3756
     Facsimile: (213) 894-8601
     E-mail:    Stephanie.christensen@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 11-766 |
| Plaintiff, | [PROPOSED] ORDER UNSEALING CASE AND ALL FILINGS |
| v. | |
| UNDER SEAL, | |
| Defendant. | |

The caption, docket, and all filings in this matter are hereby ORDERED UNSEALED.

Dated: 4-29-15

_____
UNITED STATES MAGISTRATE JUDGE

2